UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GONZALEZ, individually and on behalf of
all others similarly situated,

                       Plaintiffs,

               -against-

PEPSICO, INC. & FRITO-LAY NORTH
AMERICA, INC.,

                    Defendants.

25-CV-10063 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due March 3, 2026, and the initial pretrial conference scheduled for March 10, 2026, are adjourned *sine die*. *See* ECF No. 7. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than January 29, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 15, 2026
       White Plains, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge