UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GONZALEZ, individually and onbehalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>    -against-<br><br>PEPSICO, INC. & FRITO-LAY NORTHAMERICA, INC.,<br><br>     Defendants. | 25-CV-10063 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On January 23, 2026, the Court entered a joint stipulation and order extending "Defendants PepsiCo, Inc. and Frito-Lay North America, Inc.'s time to answer, move, or otherwise respond to Plaintiff Mark Gonzalez's Complaint" through and including February 23, 2026. ECF No. 20.

However, as of this date, Defendants have still not answered or otherwise responded to the Complaint. Therefore, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than March 11, 2026. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: February 25, 2026
   White Plains, New York

SO ORDERED.

_Jessica Clarke_
_____
JESSICA G. L. CLARKE
United States District Judge