UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GONZALEZ, individually and onbehalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>        -against-<br><br>PEPSICO, INC. & FRITO-LAY NORTHAMERICA, INC.,<br><br>              Defendants. | 25-CV-10063 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the parties' Notice of Voluntary Dismissal, ECF No. 24, and the case's

closure, the Court adjourns Plaintiff's deadline to file a motion for default judgment set forth in

ECF No. 25.

Dated: February 26, 2026
      White Plains, New York

                                    SO ORDERED.

                                      *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge